IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW BENTON, et al. | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| ATLANTIC DISMANTLING AND SITE | : |  |
| CONTRACTOR'S CORP., et al. | : | NO. 11-CV-6115 |

## **ORDER**

AND NOW, this 16th day of January, 2014, IT IS HEREBY ORDERED that defendant Michael Donato's motion for relief from default judgment (Dkt. 29) is GRANTED. The default judgment against him is VACATED. Donato shall respond to the complaint within 21 days of this order.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.